WAIVER OF SERVICE OF SUMMONS

TO: American Credit Systems, Incorporated
c/o ROBERT D GILHOOLY
400 West Lake Street, Suite 111
Roselle, Illinois 60172

I acknowledge receipt of your request that I waive service of a summons in the action of EUGENE MILLER, JR., v. AMERICAN CREDIT SYSTEMS, INCORPORATED, Case No. 08cv4111 now pending in the United States District Court for the Northern District of Illinois, Eastern Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses and objections to the lawsuit or jurisdiction or the venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after July 21, 2008.

7/29/08
Date

_[signature]_
Signature

Robert D. Gilhooly
Print or Type Name

President
Job Title