**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| EUGENE MILLER, JR., | ) | |
|     Plaintiff | ) | Case No. 08 cv 4111 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| AMERICAN CREDIT SYSTEMS INCORPORATED, | ) | Mag. Judge Ashman |
| an Illinois Corporation, | ) | |
|     Defendant. | ) | |

To:    David L. Hartsell
        McGuire Woods
        77 West Wacker Drive, Suite 4100
        Chicago, IL 60601

## NOTICE OF FILING

Please take notice that on August 14, 2008 I filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois the attached *executed Waiver of Service of Summonst*, which is hereby served upon you.

                                          Respectfully submitted,

                                          /S/      James R. Rowe
                                          James R. Rowe
                                          The Law Firm of Rowe & Associates
                                          205 W. Randolph, Suite 1430
                                          Chicago, Illinois 60606
                                          312.345.1357tel
                                          312.896.0212fax
                                          rowelegal@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.  In addition, I served by regular mail the attached pleading to the following party:

    David L. Hartsell
    Attorney for Defendant
    McGuire Woods
    77 West Wacker Drive, Suite 4100
    Chicago, IL 60601

    /S/      James R. Rowe
    James R. Rowe
    The Law Firm of Rowe & Associates
    205 W. Randolph, Suite 1430
    Chicago, Illinois 60606
    312.345.1357tel
    312.896.0212fax
    rowelegal@gmail.com
    ARDC#6277920